No. 95–1325.  AMERICAN PIONEER LIFE INSURANCE CO. ET AL. *v.* WILLIAMSON.  Sup. Ct. Ala.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *BMW of North America, Inc.* v. *Gore, ante,* p. 559.

No. 95–1491.  UNITED STATES *v.* D. F.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ornelas* v. *United States, ante,* p. 690.

No. 95–5845.  BALDWIN *v.* UNITED STATES.  C. A. 7th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Ornelas* v. *United States, ante,* p. 690.

No. D–1662.  IN RE DISBARMENT OF BRINKLEY.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1117.]

No. D–1663.  IN RE DISBARMENT OF SEIKEL.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1117.]

No. D–1664.  IN RE DISBARMENT OF SEAMAN.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1117.]

No. D–1665.  IN RE DISBARMENT OF MICCI.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1117.]

No. D–1666.  IN RE DISBARMENT OF O'KICKI.  Disbarment entered.  [For earlier order herein, see *ante,* p. 1117.]

No. D–1687.  IN RE DISBARMENT OF GOTTFRIED.  Lawrence Robert Gottfried, of Silver Spring, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–64.  PETERSEN *v.* GOVERNMENT OF THE VIRGIN ISLANDS; and
No. M–66.  CALIENDO *v.* RODRIGUEZ, SUPERINTENDENT OF POLICE OF CHICAGO, ET AL.  Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.